```
01
02
03
04
05
                        UNITED STATES DISTRICT COURT
06                     WESTERN DISTRICT OF WASHINGTON
07                               AT SEATTLE

08  CATALINA OSOTEO,                    )
                                        )   CASE NO. C12-0547-JCC
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )   REPORT AND RECOMMENDATION
11  ERIC MAGBALETA, et al.,             )
                                        )
12          Defendants.                 )
    _____)
13
```

14      Plaintiff, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* (IFP)

15 in a civil matter.  (Dkt. 1.)    However, because her application indicates she has sufficient

16 funds to pay the filing fee (including $1,600.00 received per month in unemployment benefits,

17 $1,000.00 in a checking account, either $3,120.00 or $8,120.00 in a savings account, and access

18 to retirement funds), plaintiff does not financially qualify for IFP status.  The Court, therefore,

19 recommends that plaintiff's IFP application be DENIED.  This action should proceed only if

20 plaintiff pays the applicable filing fee within **thirty (30)** days after entry of the Court's Order

21 adopting this Report and Recommendation.  If no filing fee is paid within thirty days of the

22 Court's Order, the Clerk should close the file.

REPORT AND RECOMMENDATION
PAGE -1

01    DATED this 9th day of April 2012.

02

03                                        Mary Alice Theiler
04                                        United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2