THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATALINA OSOTEO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC MAGBALETA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C12-0547-JCC<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |

　　　The Court, having reviewed Plaintiff's application to proceed in forma pauperis ("IFP"), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, to which there has been no timely response, and the remaining record, does hereby find and order as follows:

　　　(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 3).

　　　(2) Plaintiff's application to proceed IFP (Dkt. No. 1) is DENIED. This action will only proceed if plaintiff pays the filing fee of $350 by May 30, 2012. If no filing fee is paid, the Clerk will close this case; and

　　　(3) The Clerk is directed to send copies of this Order to Plaintiff, and to Judge Theiler.

//

//

//

1      DATED this 30th day of April 2012.

_John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S APPLICATION
TO PROCEED IN FORMA PAUPERIS
PAGE - 2